U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Justin E. Manley, individually and on behalf of all others similarly situated<br>v.<br>Security National Warranty d/b/a Warranty Services | FILED: JULY 3, 2008<br>08CV3809<br>JUDGE NORGLE<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Justin E. Manley                                    YM

| NAME (Type or print) |
|---|
| James J. Simeri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James J. Simeri |
| FIRM<br>Green Jacobson & Butsch, P.C. |
| STREET ADDRESS<br>7733 Forsyth Boulevard, Suite 700 |
| CITY/STATE/ZIP<br>Clayton, MO 63105 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois Bar No. 6274225 | (314) 862-6800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐