U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 3809
Justin E. Manley, et al.,
vs.
Security National Warranty d/b/a Dealer Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Justin E. Manley

| | |
|---|---|
| NAME (Type or print) <br> James X. Bormes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James X. Bormes | |
| FIRM <br> Law Office James X. Bormes, P.C. | |
| STREET ADDRESS <br> 8 S. Michigan Ave., Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6202568 | TELEPHONE NUMBER <br> 312-201-0575 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✔   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✔ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |