AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 3809**

### SUMMONS IN A CIVIL CASE

Justin E. Manley, individually and on behalf of
all others similarly situated,
                    Plaintiffs,

V.

Security National Warranty d/b/a Warranty Services

                    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Security National Warranty d/b/a Warranty Services
c/o Glen L. Udell - Registered Agent
1332 North Halsted, Suite 100
Chicago, Illinois 60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James J. Simeri
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MO 63105

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montano_
(By) DEPUTY CLERK

**July 3, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-24-08 |
| NAME OF SERVER (PRINT) DELORES ESPINOZA | TITLE SPECIAL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1332 N. HALSTED SUITE 100, CHICAGO, IL. 60622

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-24-08
             Date          Signature of Server

134 N. LaSalle, #1210 Chgo, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.